IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARTIN CRAWFORD,**         )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>**DARRELL LADNIER, et al.,**  )<br>                              )<br>     Defendants.            ) | CIVIL ACTION NO.<br>2:24cv167-MHT<br>(WO) |

OPINION

Plaintiff first filed this lawsuit against five defendants in the District Court for Montgomery County, Alabama, asserting that they owed him $ 11,000 for tree-removal services he performed at Maxwell Air Force Base. Pursuant to 28 U.S.C. § 1442(a)(1), two of the defendants, who are employed by the federal government ("the federal defendants"), removed this case to federal court and thereafter filed a motion to dismiss the claims against them for lack of jurisdiction.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge

that: the federal defendants' motion to dismiss be granted and that the claims against them be dismissed without prejudice; that plaintiff's claims against a third defendant be dismissed without prejudice for failure to serve said defendant with process in a timely manner; and that plaintiff's claims against the two remaining defendants be remanded to the District Court for Montgomery County, Alabama. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment and order will be entered.

DONE, this the 8th day of November, 2024.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**