IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTIN CRAWFORD,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:24cv167-MHT
                              )         (WO)
DARRELL LADNIER, et al.,      )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 21) is adopted to the extent that it recommends dismissal of certain claims.

(2) The motion to dismiss (Doc. 12) is granted, and, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, plaintiff's claims against defendants Darrell Ladnier and Shelton Hamilton are dismissed without prejudice, and said defendants are dismissed.

(3) Plaintiff's claims against defendant Walter

Scott are dismissed without prejudice due to plaintiff's failure to effect service of process on defendant Scott within the time limit set forth in Rule 4(m) of the Federal Rules of Civil Procedure, and said defendant is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 8th day of November, 2024.

                                                  /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE