IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARTIN CRAWFORD,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:24cv167-MHT
                              )         (WO)
DAWN CLAY and NICHOLAS        )
DOWDELL,                      )
                              )
    Defendants.               )
```

### ORDER

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 21) is adopted to the extent that it recommends remand of plaintiff's claims against defendants Dawn Clay and Nicholas Dowdell to state court.

(2) Pursuant to 28 U.S.C. § 1447(c), plaintiff's claims against defendants Clay and Dowdell are remanded

to the District Court for Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 8th day of November, 2024.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE